IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TADESHIA PETERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) 1:23-cv-03862-LMM-JEM |
| | ) |
| **TYSON FARMS, INC.,** | ) JURY TRIAL DEMANDED |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tadeshia Peterson, and Defendant Tyson Farms, Inc., being all parties who have appeared, hereby stipulate to the dismissal, with prejudice, of the above-captioned action. The parties agree to pay their own costs and fees associated with this dismissal.

[*Signatures on following page*]

This 10th day of January 2024,

| | |
|---|---|
| */s/ James M. McCabe* | */s/ John W. Stapleton* |
| James M. McCabe | John W. Stapleton |
| Georgia Bar No. 724618 | Georgia Bar No. 368790 |
| jim@mccabe-lawfirm.com | jstapleton@fisherphillips.com |
| S. Graham White | Kathryn K. Mize |
| Georgia Bar No. 535538 | Georgia Bar No. 550273 |
| graham@mccabe-lawfirm.com | kmize@fisherphillips.com |
| | |
| The McCabe Law Firm, LLC | FISHER & PHILLIPS LLP |
| 3355 Lenox Road | 1230 Peachtree Street NE |
| Suite 750 | Suite 3300 |
| Atlanta, GA 30326 | Atlanta, Georgia  30309 |
| Office: (404) 250-3233 | Telephone: (404) 231-1400 |
| Fax: (404) 400-1724 | Fax:  (404) 240-4249 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **TADESHIA PETERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **v.** ) | **1:23-cv-03862-LMM-JEM** |
| ) | |
| **TYSON FARMS, INC.,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed with the Court's ECF system by counsel for Plaintiff, which will provide service copies to counsel of record.

This 10th day of January 2024,

>  */s/ James M. McCabe*
>  James M. McCabe
>  Attorney for Plaintiff

3